IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00760-RPM-CBS

SUZETTE UPCHURCH,

    Plaintiff,

v.

NATIONS RECOVERY CENTER, INC.,

    Defendant.
_____

### ORDER FOR ENTRY OF AMENDED JUDGMENT
_____

    Pursuant to the Stipulated Motion for Add Attorney Fees to Judgment [9], it is

    ORDERED that plaintiff is awarded reasonable attorney's fees in the amount of $2,500.00, that costs taxed against the defendant in the amount of $420.00 shall be added to the current Judgment of $5,001.00 and that an amended judgment be entered in favor of the Plaintiff and against the Defendant in the total amount of $7,921.00 plus post-judgment interest at the rate of .53% per annum from the date of entry of this judgment.

    DATED:   May 18th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge